IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

DAVID J. ROTH                                                                                         PLAINTIFF

v.                                         CIVIL NO. 10-3040

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                                            DEFENDANT

## J U D G M E N T

Now on this 1st day of August 2011, comes on for consideration the Report and Recommendation dated July 1, 2011, by the Honorable Erin L. Setser, United States Magistrate Judge for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case, and being well and sufficiently advised, finds that the Report and Recommendation is proper and should be adopted in its entirety. Accordingly, the Court hereby adopts the Report and Recommendation; affirms the decision of the Administrative Law Judge; and dismisses Plaintiff's complaint with prejudice.

IT IS SO ORDERED.

   /s/ Jimm Larry Hendren
HON. JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE